# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0841
_____

MYRON FRANKLIN,

Appellant,

v.

JASLINE FRANKLIN,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Darlene Fallon Dickey, Judge.


May 15, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Allison Martin Perry of Florida Appeals, P.A., Tampa; Travis Walker of The Law Offices of Travis R. Walker, P.A., Stuart, for Appellant.

Autumn Blackledge of Autumn Beck Blackledge PLLC, Pensacola, for Appellee.